**Order entered June 28, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00498-CR

**BRADRICK JERMAINE COLLINS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. MA17-18552-F**

## ORDER

This appeal is **REINSTATED**.

On May 31, 2018, the Court entered an order abating this case to the trial court for findings of fact regarding whether an interlock device had been placed in appellant's vehicle as a condition of community supervision or as a condition of appellant's appeal bond. The trial court has filed the necessary findings.

Because the trial court has found that the interlock device was placed as a condition of appellant's appeal bond, we need not reconsider our May 31, 2018 order dismissing for want of jurisdiction appellant's May 29, 2018 emergency motion requesting removal of interlock device.

/s/    LANA MYERS
        JUSTICE